Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

**United States District Court**
**Eastern District of California**

| | |
|---|---|
| Joe Hand Promotions, Inc., | CASE NO. CV 10-01232 KJM DAD |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MICHAEL SCOTT RAPPORT, individually and d/b/a BASIC; and BASIC OLD TOWN ROSEVILLE, LLC, an unknown business entity d/b/a BASIC; ORDER |
| vs. | |
| Michael Scott Rapport, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants MICHAEL SCOTT RAPPORT, individually and d/b/a BASIC, and BASIC OLD TOWN ROSEVILLE, LLC, an unknown business entity d/b/a BASIC, that the above-entitled action is hereby dismissed **without prejudice** against MICHAEL SCOTT RAPPORT, individually and d/b/a BASIC; and BASIC OLD TOWN ROSEVILLE, LLC, an unknown business entity d/b/a BASIC and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by July 25, 2011, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 10, 2011

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated:

**THE LAW OFFICE OF BRADLEY L. HIRSCH**

By:  Brad Hirsch, Esquire
Attorneys for Defendants
MICHAEL SCOTT RAPPORT, individually and d/b/a BASIC, and
BASIC OLD TOWN ROSEVILLE, LLC, an unknown business entity d/b/a BASIC

**IT IS SO ORDERED**.

March 18, 2011.

UNITED STATES DISTRICT JUDGE