IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,                  No. CIV S-10-1232 KJM DAD

    vs.

MICHAEL SCOTT RAPPORT, et al.,      ORDER TO SHOW CAUSE

    Defendants.

_____/

        On March 28, 2012 the court granted plaintiff's motion to set aside the earlier-entered dismissal on the grounds that defendants had failed to abide by the terms of the settlement agreement. The court directed the parties to file a joint status report within thirty days of the date of this order. No status report has been filed.

        IT IS THEREFORE ORDERED that within fourteen days of the date of this order, plaintiff show cause why the case should not be dismissed for failure to prosecute.

DATED: August 22, 2012.

_____
UNITED STATES DISTRICT JUDGE