IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

JOE HAND PROMOTIONS,

        Plaintiff,                  No. 2:10-cv-01232-KJM-DAD

   vs.

MICHAEL SCOTT RAPPORT and
BASIC OLD TOWN ROSEVILLE, LLC,

        Defendants.             <u>ORDER</u>

_____/

On September 4, 2012, plaintiff requested entry of default as to defendants Michael Scott Rapport and Basic Old Town Roseville, LLC, after the court issued an order to show cause why the case should not be dismissed for failure to prosecute. (ECF 20, 21.) The Clerk entered default as to both defendants on September 6, 2012. (ECF 24.) Plaintiff has not moved for default judgment.

Plaintiff is ordered to show cause, no later than seven days from the date of this order, why this action should not be dismissed because of plaintiff's failure to apply for default judgment. FED. R. CIV. P. 41(b).

IT IS SO ORDERED.

DATED: April 10, 2013.

_____
UNITED STATES DISTRICT JUDGE

1