IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

      Plaintiff,                                 No. 2:10-cv-01232-KJM-DAD

      v.

MICHAEL SCOTT RAPPORT d/b/a
BASIC; BASIC OLD TOWN ROSEVILLE,
LLC., d/b/a

                                             ORDER

      Defendants.
_____/

        On May 20, 2011, plaintiff filed a complaint alleging that defendants illegally intercepted a television program to which plaintiff had exclusive rights. (ECF 1.)  Plaintiff filed a notice of settlement on February 17, 2011 and the court dismissed the case on March 18, 2011. (ECF 13, 16.) On July 15, 2011, plaintiff moved to set aside the dismissal and reopen the case. (ECF 17.) The court granted the motion on March 28, 2012 and ordered the parties to file a joint status report within thirty days. (ECF 19.)  After no status report was filed, on August 22, 2012, the court ordered plaintiff to show cause why the case should not be dismissed for failure to prosecute. (ECF 20.)  Plaintiff responded to the order to show cause, filed a status report, and moved for entry of default, which the clerk entered on September 6, 2012. (ECF 21, 22, 23, 24.)

1 Since then, over seven months passed, during which plaintiff did not move for a default
2 judgment.

3     On April 11, 2013, the court ordered plaintiff to show cause why this case should
4 not be dismissed for failure to prosecute.  (ECF 25.)  On April 19, 2013, plaintiff moved for
5 default judgment but did not respond to the court's order to show cause.  (ECF 26.)  Plaintiff's
6 motion was denied on May 20, 2013 because it did not comply with Local Rule 230(b), which
7 requires plaintiff to notice the motion before the magistrate judge assigned to the case.  (ECF
8 27.)  Plaintiff has not re-filed the motion for default judgment.

9     For all of the foregoing reasons, plaintiff's case is DISMISSED under Federal
10 Rule of Civil Procedure 41(b). This case is closed.

11  DATED: June 14, 2013.

_____
UNITED STATES DISTRICT JUDGE